# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLANDO CRENSHAW,<br><br>    Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC., EDWARD M. CHRISTIE, H. MCINTYRE GARDNER, CARLTON D. DONAWAY, MARK B. DUNKERLEY, ROBERT D. JOHNSON, BARCLAY G. JONES, CHRISTINE P. RICHARDS, MYRNA M. SOTO, and DAWN M. ZIER,<br><br>    Defendants. | C.A. No.: 22-cv-358-RGA |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rolando Crenshaw hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: June 16, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*